IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

TAMIKA IVY, *Individually and on behalf of herself and all others similarly situated current and former employees*,

    Plaintiff,

v.

INTERCONTINENTAL HOTELS GROUP (JAPAN), INC.; INTERCONTINENTAL HOTELS GROUP RESOURCES, LLC; *and* VALOR HOSPITALITY PARTNERS, LLC,

    Defendants.

Case No. 2:23-cv-02609-MSN-cgc
JURY DEMAND

---

## JUDGMENT

---

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's Complaint, (ECF No. 1), filed September 26, 2023,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Joint Stipulation of Voluntary Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), (ECF No. 11), filed January 8, 2024, this matter is hereby **DISMISSED WITH PREJUDICE**.

**APPROVED:**

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

January 09, 2024
Date